# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA TOMASIAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>INTERDENT SERVICES CORPORATION,<br><br>Defendant. | Case No. 1:25-cv-01732-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF Nos. 11, 12) |

On March 30, 2026, the parties responded to the order to show cause issued on March 27, 2026, and filed a stipulation dismissing this action with prejudice.  (ECF Nos. 12, 13.)  Satisfied with the response and for good cause shown, the Court shall discharge the order to show cause. Additionally, in light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's March 27, 2026 order to show cause (ECF No. 11) is DISCHARGED; and

/ / /

/ / /

/ / /

/ / /

/ / /

2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **March 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2